

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2019

No. 04-19-00188-CR

Hardy Burl **PURVIS** IV,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0050-CR-B
Honorable William Old, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Liza A. Rodriguez, Justice

The reporter's record in this appeal was originally due on June 21, 2019. Since that time, we have granted court reporter Patricia Wagner two extensions. When we granted the last extension on September 25, 2019, we ordered her to file the reporter's record on or before October 16, 2019. We explained that no further extensions would be granted absent extenuating circumstances; however, on October 17, 2019, Ms. Wagner filed another notification of late reporter's record requesting an additional thirty days.

While we understand that there are competing demands on a court reporter's time, these demands cannot justify such a lengthy delay and potential prejudice to appellant's rights. If Ms. Wagner finds herself unable to perform all of her duties and complete a record in a timely manner, she must take whatever steps are necessary, including, but not limited to requesting a substitute reporter or hiring competent assistance, in order to file the record by the date ordered.

**We ORDER Patricia Wagner to file the reporter's record in Appeal No. 04-19-00188-CR on or before November 27, 2019. No further extensions will be granted. If Patricia Wagner fails to file the reporter's record in Appeal No. 04-19-00188-CR as**

ordered, she will be ordered to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned.

We ORDER the Clerk of this Court to serve Patricia Wagner a copy of this order by email, first class United States mail, and certified mail, return receipt requested.

We further ORDER the clerk of this court to send a copy of this order to the Honorable William D. Old, III, by first class United States mail. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.").

Liza Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk